Magistrate Judge

05-CR-05358-JGM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

UNITED STATES OF AMERICA, )
      Plaintiff, ) CASE NO. CR05-5358
       )
   v. ) ORDER FOR DISMISSAL
       )
BESSY D. NIEVES, )
      Defendant. )

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information, CR05-5566, against the defendant, BESSY D. NIEVES.

DATED this 21 day of October, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

CHRISTOPHER D. JONES
Special Assistant U.S. Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this 7th day of November, 2005.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL / BESSY D. NIEVES
CR05-5358

Office of the Staff Judge Advocate
Bldg 525 Barnes Blvd, Ste 21
McChord AFB WA 98438-1324
(253) 982-5512